

# Fourth Court of Appeals
## San Antonio, Texas

February 12, 2020

No. 04-19-00818-CV

**IN THE INTEREST OF K.R.C.**, A Child,

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1390-CV-A
Honorable Dulce Madrigal, Judge Presiding

# O R D E R

On January 2, 2020, appellant requested a copy of the appellate record and appointment of counsel. The Sixth Amendment to the United States Constitution grants indigent criminal defendants the right to counsel, but only in criminal cases, not civil cases. *Culver v. Culver*, 360 S.W.3d 526, 535 n.17 (Tex. App.—Texarkana 2011, no pet.). The clerk's record indicates this case is a modification of child support case that does not involve circumstances that would trigger statutory rights to counsel, such as the termination of parental rights or enforcement of arrearage through civil or criminal contempt. *See* TEX. FAM. CODE ANN. § 107.012-.013 (termination of parental rights); *see id.* § 157.163 (enforcement of arrearage through civil or criminal contempt). We therefore **DENY** appellant's request for appointment of counsel and **GRANT** appellant's request for a copy of the record.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 12th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court